IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DON JUNIOR NICHOLAS,

    Petitioner,

v.

WARDEN MICHAEL BRECKON,

    Respondent.

CIVIL ACTION NO.: 5:25-cv-14

**O R D E R**

When Petitioner Don Nicholas ("Nicholas") did not file a timely response to Respondent's motion to dismiss, as directed, I issued a Report and Recommendation that the Court grant the motion to dismiss as unopposed and dismiss without prejudice Nicholas's 28 U.S.C. § 2241 Petition. Doc. 8. Nicholas has now filed a Motion for Extension of Time to File his Response, which I **GRANT**, and his response to the motion to dismiss. Docs. 9, 10. Thus, the Court vacates the April 8, 2025 Report and Recommendation and will consider the filings in this case in due course.

**SO REPORTED and RECOMMENDED**, this 22nd day of April, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA